**RUTHERFORD v. STATE.**

No. 26433.

Court of Criminal Appeals of Texas.

May 6, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, one year in jail and a fine of $250.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

**INGRAM v. STATE.**

No. 26362.

Court of Criminal Appeals of Texas.

April 15, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of flavoring extract for beverage purposes, knowing that the purchaser intended to use the same for beverage purposes, as denounced by Article 666–15, Section (11), Vernon's Ann. P.C.; the punishment, a fine of $200.

No statement of facts or bills of exception accompany the record.

The proceedings appearing regular, the judgment of the trial court is affirmed.